**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6916**

———————

THOMAS R. MORKE,

Plaintiff - Appellant,

versus

MARJORIE MCKINSTRY, Law Library Supervisor; F.
M. MERRITT, Lead Investigator; J. HAYHURST,
Investigator; R. PARKER, Investigator; C.
CARPINO, Treatment Programs Supervisor; G. P.
EDMONDS, Unit Manager, HU-10; G. P. WILLIAMS,
Associate Warden; C. DAVIS, Deputy Warden;
D. A. GARRAGHTY, Chief Warden; RUFUS FLEMING,
Regional Director; B. AUTRY, Inmate Hearings
Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-00-1152-AM)

———————

Submitted: November 20, 2002      Decided: December 11, 2002

———————

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas R. Morke, Appellant Pro Se. Philip Carlton Hollowell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas R. Morke appeals the district court's order granting Defendants' motion to dismiss his 42 U.S.C. § 1983 (2000) complaint and a subsequent order denying his Fed. R. Civ. P. 59 motion and motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Morke v. McKinstry, No. CA-00-1152-AM (E.D. Va. filed May 6, 2002; entered May 8, 2002 & filed Nov. 29, 2001; entered Dec. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2